# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
           Plaintiff )
                     )
           vs. )
Alan James Peed )
           Defendant(s) )
_____ )

CRIMINAL NO. 08mJ8610

### ORDER

RELEASING MATERIAL WITNESS

Booking No.

**PETER C. LEWIS**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court)

Ruperto Herrera-Garcia
09123-298

DATED: 7/17/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             **DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk
     by
          **Deputy Clerk**