UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff )<br>　　　　　 )<br>vs. )<br>Alan James Reed )<br>　　　　　Defendant(s) ) | CRIMINAL NO. 08MJ8610<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court))

Julio Cesar Santiago-Cortez
09134-298

DATED: 7/17/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
　　by _____
　　　　Deputy Clerk